# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JIMMY RAY TEEMS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-171 (MTT) |
| HUGH V. WINGFIELD, III, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a) and § 1915(e), United States Magistrate Judge Charles H. Weigle conducted a screening of Plaintiff Jimmy Ray Teems's complaint. Doc. 8. The Magistrate Judge recommends Teems's First Amendment access to courts claims against Defendants Rosemary F. Phillips and Mitch Longino should proceed for further factual development. *Id.* at 2. Meanwhile, the Magistrate Judge recommends that Teems's claims concerning his state habeas proceeding against Defendants Hugh V. Wingfield, III, Phillips, Andrew G. Sims, William A. Prior, Jr., Paula K. Smith, Mary Erickson, Charles Haldi, and Sandi Lyon be dismissed as barred by the *Rooker-Feldman* doctrine and, alternatively, for failure to state a claim for which relief may be granted; that Teems's claims related to his Georgia Open Records request against Defendants Jeff Tucker and Warden Frederick J. Head be dismissed for failure to state a claim and, alternatively, for lack of jurisdiction; and, finally, that Teems's First Amendment access to courts claim against Defendants Tucker and Head be dismissed for failure to state a claim. *Id.* at 1-2, 24-25. Teems has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the

proposed findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 8) is **ADOPTED** and made the Order of this Court. Accordingly, Teems's First Amendment access to courts claims against Defendants Phillips and Longino shall proceed for further factual development. The remaining claims are **DISMISSED without prejudice**.

**SO ORDERED**, this the 26th day of March, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT